# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| GRA Liquidation, Inc., *et al.*,[1] | : Case No. 09-10170 (KJC) |
| | : Jointly Administered |
| Debtors. | : Related Docket No(s). 899, 956 |
| | : |

## ORDER RESOLVING CERTAIN CLAIMS SUBJECT TO THE TRUSTEE'S SECOND OMNIBUS OBJECTION TO CLAIMS

AND NOW, upon consideration of the second omnibus objection (substantive – reclassified claims, no liability claims, section 502(d) claims and incorrect debtor claims) of George L. Miller, chapter 7 trustee for the estates of the above-captioned debtors, to certain proofs of claim pursuant to section 502(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 3003 and 3007, and Local Rule 3007-1 (the "Objection"); and upon consideration of the declaration of Matthew R. Tomlin, Jr., CPA in support of the Objection; and upon consideration of the Trustee's certification of counsel related to certain claims identified below; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; it is hereby

ORDERED that the Objection is SUSTAINED to the extent provided herein; and it is further

ORDERED that the response of Joel Urias to the Objection is deemed withdrawn, and Claim No. 460 is hereby (i) disallowed as against the estate of GRA Liquidation, Inc. (09-10170) and (ii) allowed against the estate of GRA Enterprises Liquidation, Inc. (09-10171) as (a) an

---

[1] The Debtors are: GRA Liquidation, Inc. (f/k/a Pecus ARG Holding, Inc.); GRA Enterprises Liquidation, Inc. (f/k/a ARG Enterprises, Inc.); and PMC Liquidation Corporation (f/k/a ARG Property Management Corporation).

unsecured priority claim in the amount of $10,950 and (b) a general unsecured claim in the amount of $120,275.61, said priorities and amounts not being subject to further amendment or revision by the creditor; and it is further

ORDERED that Claim No. 461 (asserted by Martin Corso/The M Group) is hereby (i) disallowed as against the estate of GRA Liquidation, Inc. (09-10170) and (ii) allowed as a general unsecured claim in the amount of $127,200.00 against the estate of GRA Enterprises Liquidation, Inc. (09-10171), said priorities and amounts not being subject to further amendment or revision by the creditor; and it is further

ORDERED that Claim No. 7 (asserted by the Los Angeles County Tax Collector) is disallowed, and Claim No. 393 (asserted by the Los Angeles County Tax Collector) is hereby (i) disallowed as against the estate of GRA Liquidation, Inc. (09-10170) and (ii) allowed against the estate of GRA Enterprises Liquidation, Inc. (09-10171) as (a) an unsecured priority claim in the amount of $12,953.95 and (b) a general unsecured claim in the amount of $8,148.61, said priorities and amounts not being subject to further amendment or revision by the creditor; and it is further

ORDERED that Claim No. 223 (asserted by the Placer County Tax Collector) is allowed as (a) an unsecured priority claim in the amount of $3,589.47 and (b) a general unsecured claim in the amount of $2,780.34, said priorities and amounts not being subject to further amendment or revision by the creditor; and it is further

ORDERED that Claim No. 320 (asserted by Hewlett-Packard Financial Services Company "H-P") is disallowed in its entirety, and H-P is allowed a single general unsecured claim against the estate of GRA Enterprises Liquidation, Inc. (09-10171) in the amount of

$445,299.76 (memorialized by Claim No. 21 on the Court's post-conversion claims register), said priority and amount not being subject to further amendment or revision by the creditor.

BY THE COURT:

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

Date: September 12, 2013